# akerman

Rory J. McEvoy

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

D: 212 259 6480
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 7195

February 15, 2023

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Request **GRANTED**. Defendants shall file their opening motion papers by **February 23, 2023**. Plaintiff shall file her opposition by **March 13, 2023**. Defendants shall file their reply by **March 27, 2023**.

Dated: February 15, 2023
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re: **Mercado v. Mount Sinai Beth Israel, et al.**
     **21 Civ. 10467 (JPC)**

Dear Judge Rochon:

    On behalf of our clients, Defendants Mount Sinai Beth Israel (named herein as "Mount Sinai Beth Israel" and "Mount Sinai Health System, Inc."), Artur Yadgarov, Irina Agrest, Diella Mrnaci, and Katherine Quinones-Natal (collectively, "Defendants"), I write to request a one-week extension of the deadline to file Defendants' motion for summary judgment from February 16, 2023 to February 23, 2023. Defendants further request that the deadline to submit the opposition motion and reply motion, due by March 6, 2023 and March 20, 2023, respectively, be extended by one-week, to March 13, 2023 and March 27, 2023, respectively. The reason for this request is that the court in another pending matter ordered the parties to complete eight depositions by the end of February 2023. This is the first request for an extension of this deadline. Counsel for Plaintiff consents to this request.

Respectfully submitted,


AKERMAN LLP

Respectfully submitted,

*/s/ Rory McEvoy*
Rory McEvoy

cc:     Jon Choate, Esq., Attorney for Plaintiff (via ECF)
        Olivia Clancy, Esq., Attorney for Plaintiff (via ECF)

akerman.com