**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MELISSA JAYLENE MERCADO,

                Plaintiff,                      21 **CIVIL** 10467 (JLR)

      -against-                          **JUDGMENT**

MOUNT SINAI BETH ISRAEL, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 14, 2023, Defendants' motion for summary judgment is GRANTED in its entirety, and all counts are DISMISSED; accordingly, the case is closed.

**Dated:**  New York, New York
          September 15, 2023

                                                               **RUBY J. KRAJICK**
                                                                 Clerk of Court

                                          **BY:**
                                                                  **Deputy Clerk**